# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUIS PRECIADO, individually and on behalf of other employees similarly situated, Plaintiff v.<br><br>C.I.K. RESTAURANT, INC. d/b/a BLUEBERRY HILL BREAKFAST CAFÉ AND CHRIS MANOLIS, individually, Defendants | No. 15-cv-4900<br><br>Judge Ellis |

## STIPULATION OF DISMISSAL

NOW COMES Plaintiff LUIS PRECIADO, by his attorneys, and Defendants, C.I.K RESTAURANT d/b/a BLUEBERRY HILL BREAKFAST CAFÉ, and CHRIS MANOLIS, by their attorney, hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-captioned lawsuit be dismissed with prejudice and without costs, except as otherwise provided for by agreement of the parties.

Stipulated and agreed to this 2nd day of October, 2015.

| | |
|---|---|
| By: /s/ David Stevens<br>One of Plaintiff's attorneys<br><br>Consumer Law Group<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646<br>312-219-6838 | By: /s/ Harry J. Secaras<br>One of Defendants' attorneys<br><br>Ogletree, Deakins, Nash,<br>Smoak & Stewart, P.C.<br>155 North Wacker Drive, Suite 4300<br>Chicago, Illinois 60606<br>312-558-1254 |